# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2016

## NO. 03-16-00243-CV

**Zulema Breedlove, Appellant**

**v.**

**Jeffrey A. Olsen, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE

Appellant has filed an unopposed motion to dismiss this appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.